**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01437-REB-KMT

ERIC HACKETT,

    Plaintiff,

v.

BREG, INC., a Delaware corporation, and
DOES 1-10, inclusive,

    Defendants.

---

### MINUTE ORDER[1]

---

    The matter is before the court on **Plaintiff's Unopposed Motion For Leave To Cite Supplemental Authority in Support of Plaintiff's Opposition To Defendant's Motion For Summary Judgment** [#74][2] filed September 8, 2011.  The motion is **GRANTED**.

    Dated:  September 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#74]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.