IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Courtroom Deputy: Laura Galera          Date: October 28, 2011
Court Reporter:    Kara Spitler

Civil Action No. 10-cv-01437-RBJ-KMT

*Parties*:                                          *Counsel*:

ERIC HACKETT,                    Colin King
                                              Richard Hood
      Plaintiff,                     Jessica Andrew
                                              Aimee Wagstaff

v.

BREG, INC.,                         Jordan Lipp
                                              Jeffrey Pilkington
      Defendant.                  Sheryl Bjork
                                              Jeff Pilkington

COURTROOM MINUTES

Trial Preparation Conference

1:31 p.m.      Court in session.

Argument from Mr. King and Ms. Schmid regarding Breg Inc.'s Motion to Exclude Testimony of Suzanne Parisian, M.D. Doc.# [104].

Discussion regarding the scope of anticipated testimony from witnesses Suzanne Parisian, M.D. and Dr. Ferrari.

Parties advise the Court they are not in a position to make objections to specific deposition testimony at this time.

Court reviews the proposed jury instructions with counsel.

3:20 p.m.      Court in recess.
3:31 p.m.      Court in session.

Continued discussion of jury instructions.

Plaintiff shall modify the jury instructions and arrange them in the order they will be presented to the jury.

Parties will submit a status report regarding any remaining issues as to the special verdict form and deposition designation by November 2, 2011.

Parties stipulate that no supplemental questionnaire is necessary.

Discussion regarding opening statements and the use of exhibits.

Parties will work together on a single exhibit list with respect to medical records.

**ORDERED**:   Breg Inc.'s Motion to Exclude Testimony of Suzanne Parisian, M.D. Doc.# [104] is MOOT as the issue was resolved among the Court and counsel.

4:04 p.m.     Court in recess.

Hearing concluded.
Total Time: 2:22