**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Date:             November 17, 2011
Deputy Clerk:     Laura Galera
Court Reporter:   Kara Spitler

**Civil Action No.  10-cv-01437-RBJ-KMT**

| *Parties:* | *Counsel:* |
|---|---|
| ERIC HACKETT, | Charles Thronson |
|  | Jessica Andrew |
| Plaintiff, | Colin King |
|  | Mike Worel |
| v. |  |
| BREG, INC., | George Soule |
|  | Jeffrey Pilkington |
| Defendant. | Kim Schmid |
|  | Sheryl Bjork |
|  | Jordan Lipp |
|  | Christine Bowden |

**COURTROOM MINUTES**

**Trial to Jury - Day Eight**

**8:32  a.m.       Court in session.**

Jury panel is not present.

Discussion regarding the jury instructions.

Court makes a record regarding the jury instructions, specifically the presumption instruction.

Plaintiff notifies the Court he will be filing a Motion to Amend the Complaint.

Plaintiff advises the Court that Dr. Ferrari will be called this morning as a rebuttal witness and will appear by phone.

Jury present.

9:02 a.m.      Continued direct examination of Mr. Phillips by Mr. Soule.

*Defendant's Exhibit D48 admitted.*

9:46 a.m.      Cross examination of Mr. Phillips by Mr. King.

9:56 a.m.      Bench conference.

Plaintiff's rebuttal witness, Dr. Ferrari, is recalled and remains under oath. Dr. Ferrari appears by telephone.

10:02 a.m.     Direct examination of Dr. Ferrari by Mr. Thronson.

10:06 a.m.     Cross examination of Dr Ferrari by Ms. Schmid.

Witness excused.

10:09 a.m.     Continued cross examination of Mr. Phillips by Mr. King.

*Defendant's Exhibit D62 is admitted.*

*Plaintiff's Exhibit P403 is admitted.*

**10:48 a.m.     Court in recess.**
**11:04 a.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Phillips by Mr. King.

Mr. King continues to move for the admission of Plaintiff's Exhibit 263.

Defense continues to object.

*After properly laying a foundation, Plaintiff's Exhibit 263 is admitted.*

11:40 a.m.     Redirect examination of Mr. Phillips by Mr. Soule.

11:46 a.m.     Recross examination of Mr. Phillips by Mr. King.

11:50 a.m.     Bench conference.

11:52 a.m.     Court questions the witness with the jurors' questions.

Witness excused.

Defense rests.

Jury excused.

11:55 a.m.   Argument from Mr. Pilkington regarding Plaintiff's Motion for Leave to Amend Complaint to Conform with the Evidence to Add Prayer for Exemplary Damages Doc. # [170].

Defense counsel requests a continuance under Fed. R. Civ. P. 15(b)(1).

**ORDERED:**   Defendant's request for a continuance under Fed. R. Civ. P. 15(b)(1) is DENIED.

**ORDERED:**   Plaintiff's Motion for Leave to Amend Complaint to Conform with the Evidence to Add Prayer for Exemplary Damages Doc. # [170] is GRANTED.

**ORDERED:**   Motion to Reconsider the Court's Ruling regarding Dr. Ferrari's Opinions on Pain Pumps Causing Cartilage Damage Doc. # [158] is DENIED AS MOOT.

**ORDERED:**   Breg, Inc.'s Motion to Preclude Plaintiff From Calling Dr. James Ferrari as a Rebuttal Witness Doc. #[169] is DENIED AS MOOT.

Discussion regarding amending the jury instructions.

**12:46 p.m.   Court in recess.**
**1:59 p.m.    Court in session.**

Jury panel not present.

Court makes a record as to the jury instructions.

Jury panel present.

2:24 p.m.   Court instructs the jury.

3:05 p.m.   Closing argument by Mr. Worel.

**3:55 p.m.   Court in recess**
**4:01 p.m.   Court in session.**

Jury present.

4:06 p.m.   Closing argument by Mr. Soule.

5:05 p.m.   Court advises the jury regarding admonitions of trial; trial will resume at 9:00 a.m.

    tomorrow.

Jury excused.

**5:06 p.m. Court in recess.**

Total time in court: 06:59

Trial continued.